1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney

5                                                      ░░░░░░░░░░░░░░░

   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5065
7  Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

8
   Attorneys for United States of America

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. 10-CR-00826-DLJ
                                       )
15        Plaintiff,                   )    STIPULATION AND []
       v.                              )    ORDER CHANGING STATUS HEARING
16                                     )    FROM May 24, 2012, AT 9:00 A.M TO
    ESLEVAN NAVARRO,                   )    JUNE 14, 2012 AT 9:00 A.M. AND
17                                     )    EXCLUDING TIME FROM May 24, 2012
          Defendant.                   )    TO JUNE 14, 2012
18  _____)

19

20

21        The defendant Eslevan Navarro, represented by Bruce C. Funk, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23  have scheduled before this Court a status hearing on May 24, 2012, at 9:00 a.m.  The parties

24  request that the status hearing be rescheduled to June 14, 2012 at 9:00 a.m., and that a time

25  exclusion order be issued that would exclude time under the Speedy Trial Act from May 24,

26  2012 to June 14, 2012, to permit the parties the reasonable time necessary for effective

27  ////

28  ////

*US v.Navarro.,* 10-CR-00826-DLJ
Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.

2  DATED: May 23, 2012                          MELINDA HAAG
                                                United States Attorney
3

4                                               _____/s/_____
                                                Thomas A. Colthurst
5                                               Assistant United States Attorney

6
                                                _____/s/_____
7                                               Bruce C. Funk, Esq.
                                                Counsel for Defendant Eslevan Navarro
8

9                                **ORDER**

10        Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

11  ORDERED THAT the status hearing in this case be rescheduled from May 24, 2012, at 9:00

12  a.m. to June 14, 2012 at 9:00 a.m.

13        Based upon the representation of counsel and for good cause shown, the Court finds that

14  failing to exclude the time from May 24, 2012, through  June 14, 2012, would unreasonably

15  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

16  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

17  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

18  from May 24, 2012, through  June 14, 2012, from computation under the Speedy Trial Act

19  outweigh the best interests of the public and the defendant in a speedy trial.

20        Therefore, IT IS HEREBY FURTHER ORDERED that the time between May 24, 2012

21  and June 14, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

22  3161(h)(7)(A) and (B)(iv).

23  IT IS SO ORDERED.

24  DATED:  Í ßÝ ÜÚG

25                                              THE HONORABLE D. LOWELL JENSEN
                                                Senior United States District Judge

26

27

28

*US v.Navarro.,* 10-CR-00826-DLJ
Stipulation and [] Order re Status Hearing